Neal R. Marder (SBN: 126879)
Stephen R. Smerek (SBN: 208343)
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone:  213-615-1700
Facsimile:   213-615-1750

Attorneys for Defendants
MEDQUIST TRANSCRIPTIONS, LTD.,
and MEDQUIST INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO COUNTY

| | |
|---|---|
| KAWEAH DELTA HEALTH CARE DISTRICT,<br><br>            Plaintiff,<br><br>       vs.<br><br>MEDQUIST TRANSCRIPTIONS, LTD., MEDQUIST INC., and DOES 1 to 100, Inclusive,<br><br>            Defendants. | Case No. 1:05-CV-01157-AWI-DLB<br><br>**STIPULATION AND ORDER STAYING LITIGATION TO PERMIT PARTIES OPPORTUNITY TO DISCUSS SETTLEMENT** |

Defendants MedQuist Inc. and MedQuist Transcriptions, Ltd. ("MedQuist"), by and through their counsel of record, Winston & Strawn LLP, and plaintiff Kaweah Delta Health Care District ("Kaweah Delta"), by and through its counsel of record, the Law Offices of Dennis M. Lynch, hereby agree and stipulate as follows:

WHEREAS, the parties have made initial contact regarding the possibility of reaching an early settlement of the present dispute; and

WHEREAS, the parties believe that a short stay will provide them with an opportunity to explore the possibility of reaching an early settlement without incurring any further costs in connection with the present litigation or otherwise burdening the court;

NOW, THEREFORE, for good cause shown and in the interests of justice and judicial economy, the parties hereby stipulate and request that the Court enter an order as follows:

(1) The parties shall appear before the Court for a telephonic conference at 9:15 a.m. on November 15, 2005 -- the time and date previously set for the Mandatory Scheduling Conference -- to report on the status of the parties' efforts to settle the action. If the parties do not report to the Court that the case has been settled, the Court will reset the Mandatory Scheduling Conference at that time. The parties' obligations under Order Setting Mandatory Scheduling Conference, and the parties' initial disclosure obligations under Rule 26 of the Federal Rules of Civil Procedure, are hereby stayed.

(2) If the parties do not report to the Court that the case has settled, defendants shall file their response to the Complaint on or before January 6, 2006.

Dated: October 7, 2005            WINSTON & STRAWN LLP


                                  By:   /s/ Stephen R. Smerek
                                        Stephen R. Smerek
                                        Attorneys for Defendants
                                        MEDQUIST TRANSCRIPTIONS,
                                        LTD. AND MEDQUIST, INC.

Dated: October 7, 2005

                              LAW OFFICES OF DENNIS M. LYNCH

AS AUTHORIZED BY EMAIL ON 10-7-05

By:  /s/ Dennis M. Lynch
      Dennis M. Lynch
      Attorneys for Plaintiff

IT IS SO ORDERED:

By: /s/ Dennis L. Beck
    Honorable Dennis L. Beck
    United States Magistrate Judge

Dated: October 17, 2005

3

STIPULATION AND [PROPOSED] ORDER STAYING LITIGATION

LA:155541.1

*Winston & Strawn LLP*
*333 South Grand Avenue, 38th Floor*
*Los Angeles, CA 90071-1543*