# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWEAH DELTA HEALTH CARE DISTRICT,<br><br>        Plaintiff,<br><br>   v.<br><br>MEDQUEST TRANSCRIPTIONS, LTD., MEDQUIST INC., and DOES 1 to 100, inclusive,<br><br>        Defendants. | CIV- F-05-1157 AWI DLB<br><br>ORDER DISMISSING CASE PURSUANT TO STIPULATED AGREEMENT OF DISMISSAL AND CLOSING CASE |

On October 4, 2006, plaintiff Kaweah Delta District Hospital ("Plaintiff") and defendants Medquist Transcriptions, Ltd., and Medquist Inc. ("Defendants"), jointly filed a stipulation of dismissal with prejudice as to all claims pursuant to Federal Rule of Civil Procedure 41(a)(1). Rule 41(a)(1) provides that voluntary dismissals are without prejudice unless otherwise stated.

In this case, the stipulation signed by both parties provides that the dismissal is with prejudice.

Therefore, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the action is DISMISSED with prejudice.  The Clerk of the Court is ordered to CLOSE the CASE.

IT IS SO ORDERED.

Dated:     October 6, 2006                          /s/ Anthony W. Ishii
h2ehf                                          UNITED STATES DISTRICT JUDGE